IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:23CR132-1
:
CANDACE AGATHA BRUNSON-POOLE :

The United States Attorney charges:

COUNT ONE
(Theft of Government Property)

On or about March 29, 2019, up to and including on or about September 16, 2019, the exact dates unknown, in the County of Chatham, in the Middle District of North Carolina, CANDACE AGATHA BRUNSON-POOLE willfully and knowingly did receive, conceal, and retain stolen and converted property of the United States, that is, approximately $900 in monies belonging to the Department of Housing and Urban Development and fraudulently obtained from the Chatham County Housing Authority, with the intent to convert such monies to her own use and gain, knowing said property to have been

embezzled, stolen, purloined, and converted from the United States; in violation of Title 18, United States Code, Sections 641 and 2.

DATED: March 30, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: *(signature)* JOANNA G. MCFADDEN
Assistant United States Attorney